**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| NEC NETWORKS, LLC, d/b/a CAPTURERX, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )  No. 5:19-cv-50-OLG ) |
| CVS PHARMACY, INC., CAREMARK PHC, L.L.C., CAREMARK RX, L.L.C., and WELLPARTNER LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT ADVISORY OF SETTLEMENT

TO CHIEF UNITED STATES DISTRICT JUDGE ORLANDO GARCIA:

COME NOW Plaintiff NEC Networks, LLC and Defendants CVS Pharmacy, Inc., Caremark PHC, L.L.C., Caremark Rx, L.L.C., and Wellpartner LLC, and file this Joint Advisory of Settlement. The parties have reached a resolution. The parties will need additional time to prepare settlement papers including a formal dismissal with prejudice. Upon completion of the settlement, the parties will submit a voluntary dismissal of the case, with prejudice, pursuant to Rule 41(a).

Dated: November 14, 2019

Respectfully Submitted,

By: */s/ Howard B. Iwrey*

DYKEMA GOSSETT PLLC
C. David Kinder
State Bar No. 11432550
dkinder@dykema.com
William (Butch) Hulse
State Bar No. 24010118
whulse@dykema.com
Ryan J. Sullivan
State Bar No. 24102548
sullivan@dykema.com

117267.000001 4816-4565-6733.1

Weston Centre
112 E. Peach Street, Suite 1800
San Antonio, TX 78205
Tel: (210) 554-5500

Howard B. Iwrey
Admitted *pro hac vice*
hiwrey@dykema.com
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48305
Tel: (248) 203-0526

**ATTORNEYS FOR PLAINTIFF**

*-and-*

By:   */s/ Jonathan B. Pitt*

WILLIAMS & CONNOLLY LLP
Enu Mainigi (Admitted *pro hac vice*)
Jonathan B. Pitt (Admitted *pro hac vice* )
Katherine Trefz (Admitted *pro hac vice*)
Andrew Watts (Admitted *pro hac vice*)
Thomas Ryan (Admitted *pro hac vice* )
Matthew Greer (Admitted *pro hac vice*)
725 Twelfth Street. N.W.,
Washington, DC 20005
Tel: (202) 434-5000
EMainigi@wc.com
JPitt@wc.com
KTrefz@wc.com
AWatts@wc.com
TRyan@wc.com
MGreer@wc.com

PRICHARD YOUNG, LLP
David M. Prichard
State Bar No. 16317900
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Tel: 210-477-7401
dprichard@prichardyoungllp.com

DECHERT LLP
Michael G. Cowie (Admitted *pro hac vice*)

2

>Konstantin Medvedovsky (Admitted *pro hac vice*)
>1900 K Street NW #1200
>Washington, DC 20006
>202-261-3339
>Mike.Cowie@dechert.com
>Konstantin.Medvedovsky@dechert.com
>
>**ATTORNEYS FOR DEFENDANTS**