IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NEC NETWORKS, LLC, d/b/a CAPTURERX, | § § § § | |
| Plaintiff | § § | |
| v. | § § | |
| CVS HEALTH CORPORATION, CVS PHARMACY, INC., CAREMARK PHC, L.L.C., CAREMARK RX, L.L.C., WELLPARTNER LLC, and WELLPARTNER, INC., | § § § § § § § | No. 5:19-cv-50-OLG |
| Defendant. | § | |

**STIPULATION OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff NEC Networks, LLC d/b/a CaptureRx ("CaptureRx") and Defendants CVS Health Corporation, CVS Pharmacy, Inc., Caremark PhC, L.L.C., Caremark RX, L.L.C., and Wellpartner, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of all claims against Defendants CVS Health Corporation, CVS Pharmacy, Inc., Caremark PhC, L.L.C., Caremark RX, L.L.C., and/or Wellpartner, LLC.

The parties shall bear their own attorney's fees and costs.

**STIPULATED AND AGREED TO ON:** January 22, 2020

DYKEMA GOSSETT PLLC
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
(210) 554-5500 - Telephone
(210) 226-8395 – Telecopier


*/s/ Ryan J. Sullivan*
C. David Kinder
State Bar No. 11432550
William (Butch) Hulse
State Bar No. 24010118
Ryan J. Sullivan
State Bar No. 24102548
whulse@dykema.com
dkinder@dykema.com
sullivan@dykema.com


/s/*Howard B. Iwrey*
Howard B. Iwrey
*(Admitted pro hac vice)*
DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48305
(248) 203-0526 – Telephone
(855) 232-1791 – Telecopier
hiwrey@dykema.com

*Counsel for Plaintiff*

/s/ *David M. Prichard (with permission)*
David M. Prichard
State Bar No. 16317900
Prichard Young, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Tel: 210-477-7401
Fax: 210-477-7451
dprichard@prichardyoungllp.com

/s/ *Jonathan B. Pitt (with permission)*
Enu Mainigi
Jonathan B. Pitt
Katherine Trefz
Andrew Watts
Thomas Ryan
Williams & Connolly LLP
725 Twelfth Street. N.W.,
Washington, DC 20005
Tel: 202-434-5000
Fax: 202-434-5029
EMainigi@wc.com
JPitt@wc.com
KTrefz@wc.com
AWatts@wc.com
TRyan@wc.com

/s/ *Michael G. Cowie (with permission)*
Michael G. Cowie
Konstantin Medvedovsky
Dechert LLP
1900 K Street NW #1200
Washington, DC 20006
202-261-3339
Fax: 202-261-3333
Mike.Cowie@dechert.com
Konstantin.Medvedovsky@dechert.com

*Counsel for Defendants*